IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMY M. AHNERT, M.D.** | : CIVIL ACTION |
| | : |
| | : |
| v. | : NO. 24-2561 |
| | : |
| **LEHIGH VALLEY HEALTH NETWORK** | : |

# O R D E R

**AND NOW,** this 24th day of April, 2025, upon consideration of the Defendant's motion to dismiss Counts Three through Five of the Amended Complaint and all responses and replies thereto, it is hereby **ORDERED** that:

1. The motion [Doc. 27] is **GRANTED** in part and **DENIED** in part:

2. The motion is **GRANTED** as to Counts Three and Five of the Amended Complaint. Counts Three and Five of the Amended Complaint are **DISMISSED** with prejudice.

3. The motion is **DENIED** as to Count Four which shall remain subject to the limitations as detailed in the accompanying Memorandum. Counts One and Two shall also remain.

4. Plaintiff's claims related to discrete acts (as detailed in the Memorandum) that occurred prior to May 12, 2023 are **STRICKEN** from the Amended Complaint.

5. The motion to file a response brief in excess of 25 pages [Doc. 29] is **GRANTED**.

6. The motion to strike [Doc. 32] is **DENIED** as moot.

BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**