IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY M. AHNERT, M.D. | : CIVIL ACTION |
| | : |
| v. | : NO. 24-2561 |
| | : |
| LEHIGH VALLEY HEALTH NETWORK | : |

### O R D E R

**AND NOW,** this 25th day of June, 2025, upon consideration of the Plaintiff's motion for reconsideration and all responses and replies thereto, it is hereby **ORDERED** that:

1. The motion [Doc. 39] is **GRANTED** in part and **DENIED** in part:

2. The motion is **GRANTED** as to Count Five of the Amended Complaint. The portion of the Court's April 24, 2025 Order dismissing Count Five of the Amended Complaint [Doc. 37] is **VACATED** and Count Five is reinstated as detailed in the accompanying Memorandum.

3. The motion is **DENIED** as to Count Four. However, Plaintiff may file a motion to amend the Amended Complaint to specifically plead a claim for hostile work environment based on retaliatory harassment.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**