**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMY M. AHNERT, Plaintiff, | : | |
| v. | : | Civil No. 5:24-cv-02561-JLS |
| LEHIGH VALLEY HEALTH NETWORK, Defendant. | : | |

**ORDER**

**AND NOW,** this 9th day of October, 2026, it is hereby **ORDERED** that Plaintiff's request to serve a Subpoena Duces Tecum and Ad Testificandum on third party Grant Cooper, A Diversified Search Company, Healthcare Practice, is **DENIED**.

It is further **ORDERED** that the Plaintiff's motion to compel discovery [Doc. 70] is **DENIED** as moot.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**